**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ERIC ROMAN,

                Plaintiff,                      19 **CIVIL** 3688 (JLC)

       -against-                             **JUDGMENT**

ANDREW M. SAUL,
Commissioner, Social Security Administration,
                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 21, 2020, Roman's motion for judgment on the pleadings is granted, the Commissioner's cross-motion is denied, and the case is remanded to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g). Specifically, on remand, and consistent with this Opinion, the ALJ should:

(1) Provide a comprehensive analysis, including the application of the *Burgess* factors, for the weight assigned to the opinions of treating physicians Drs. Themistocle, Nunes, and Smith, if deemed less-than-controlling;

(2) Reevaluate Roman's credibility based on further development of the record; and

(3) Reconsider Roman's obesity after properly applying the treating physician rule.

**Dated:** New York, New York
        August 21, 2020                              **RUBY J. KRAJICK**

                                                                 _____
                                                                  Clerk of Court
                                            BY:
                                                                _____
                                                                    Deputy Clerk